# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIMI VALDOVINOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC.,<br><br>　　　　Defendant. | No. 2:20-CV-0222-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is hereby set for an initial scheduling conference before the undersigned in Redding, California, on March 25, 2020, at 10:00 a.m. The parties shall file a joint scheduling conference statement within the time provided in and consistent with the court's January 30, 2020, order.

　　　　IT IS SO ORDERED.

Dated: February 13, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1