Gregory L. Spallas, Esq. (SBN 129306)
Adolpho O. Karajah, Esq. (SBN 310785)
**PHILLIPS, SPALLAS & ANGSTADT LLP**
505 Sansome Street, 6th Floor
San Francisco, CA, 94111
Tel: (415) 278-9400
Fax: (415) 278-9411
gspallas@psalaw.net
akarajah@psalaw.net

Attorneys for Defendant
WALMART, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIMI VALDOVINOS,<br><br>    Plaintiff,<br><br>  vs.<br><br>WALMART, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | Fed Case No. 2:20-CV-0222-KJM-DMC<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

### STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED:  July 22, 2020        **BOHM LAW GROUP, INC.**

                /s/ *Daniel T. Newman, Esq.*
                Daniel T. Newman, Esq.
                Attorney for Plaintiff
                YIMI VALDOVINOS

DATED:  July 22, 2020        **PHILLIPS SPALLAS & ANGSTSADT LLP**

                _____
                Gregory L. Spallas, Esq.
                Adolpho O. Karajah, Esq.
                Attorneys for Defendant
                WALMART, INC.

1
**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

## ORDER

After full consideration pursuant to Rule 271 of the Civil Local Rules of the United States District Court for the Eastern District of California, the parties' stipulation is GRANTED.

IT IS SO ORDERED.

Dated:  July 24, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE