Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Daniel T. Newman (SBN: 314937)
dnewman@bohmlaw.com
Scott C. Zienty (SBN: 324661)
szienty@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046
Email:   blg000497@bohmlaw.com

Attorneys for Plaintiff,
YIMI VALDOVINOS

Gregory Spallas (SBN 129306)
gspallas@psalaw.net
Adolpho O. Karajah (SBN 310785)
akarajah@psalaw.net
**PHILLIPS, SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA, 94105
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIMI VALDOVINOS,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-00222-KJM-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES**<br><br>Action Filed:   October 17, 2019<br>PTC:                March 25, 2020<br>Trial Date:       Not Set |

1

**Stipulation and [Proposed] Order to Continue Pretrial Deadlines**
*Valdovinos v. Walmart, Inc.*                                               Case No.:  2:20-cv-00222-KJM-DMC

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their counsel of record, as to the following:

1. On January 29, 2020, Defendant Walmart Inc. ("Defendant") removed the above captioned matter to United States District Court for the Eastern District of California.

2. The Court issued its Initial Pretrial Scheduling Order on April 2, 2020. No trial date was or has been scheduled.

3. The parties have engaged in substantial discovery to date including several sets of written discovery, depositions, and a site inspection.

4. The parties initially attempted to resolve this matter by way of use of the Court's Voluntary Dispute Resolution Program, pursuant to which the Court continued all pretrial deadlines by 114 days. The above captioned matter was mediated, but not resolved, on March 31, 2021.

5. Subsequently, Plaintiff conducted additional discovery, and the parties agreed to submit this matter to private mediation.

6. On September 2, 2021, the parties submitted a stipulated request for a 120-day continuance of all pretrial deadlines. The Court granted the parties' request.

7. Subsequently, Plaintiff's counsel, Mr. Newman, suffered a personal loss and professional hurdles that caused him substantial distress. As a result of the delay caused by Mr. Newman's personal issues, this case has not yet been mediated via private mediation. Mr. Newman apologized to counsel for Defendant, Mr. Spallas, for his lack of responsiveness and for the delay in attempting private mediation.

8. On March 14, 2022, Defendant submitted an ex parte application (ECF No. 22) requesting an extension of its dispositive motion filing deadline. After Defendant filed its ex parte application, counsel for the parties met and conferred regarding outstanding issues. Accordingly, the parties intend this joint stipulation override and render moot Defendant's ex parte application should this joint stipulation be approved by the Court.

9. Walmart intends to change its counsel of record in this matter and will file an association of counsel shortly hereafter.

**Stipulation and [Proposed] Order to Continue Pretrial Deadlines**
*Valdovinos v. Walmart, Inc.*                                    Case No.: 2:20-cv-00222-KJM-DMC

10. The parties respectfully jointly request that this Court grant one *final* 120-day pretrial deadlines extension so that Defendant may have additional time before filing a dispositive motion, allow the parties an opportunity to resolve this case at mediation, and allow Walmart's new counsel time to prepare their case.

11. The parties have agreed to use mediator Claudia Viera on May 16, 2022.

12. The parties anticipate and agree this will be their final request for an extension of pretrial deadlines.

13. Good cause exists for the granting of this request based on the foregoing.

Date: March 21, 2022          By: */s/ Daniel Newman*
                                   DANIEL T. NEWMAN, ESQ.
                                   Attorney for Plaintiff,
                                   YIMI VALDOVINOS

Date: March 21, 2022          By: */s/ Gregory Spallas* (as authorized)
                                   GREGORY SPALLAS, ESQ.
                                   Attorney for Defendant,
                                   WALMART INC.

3

**Stipulation and [Proposed] Order to Continue Pretrial Deadlines**
*Valdovinos v. Walmart, Inc.*                    Case No.: 2:20-cv-00222-KJM-DMC

## **ORDER**

Pursuant to the Parties' stipulation to Continue Pretrial Deadlines, and good cause having been shown, the current pretrial litigation deadlines relating to non-expert discovery, expert depositions and for hearings on dispositive motions in this matter are all continued another 120 days from the date this Order is entered.

Dated:  March 25, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

4

**Stipulation and [Proposed] Order to Continue Pretrial Deadlines**
*Valdovinos v. Walmart, Inc.*                                    Case No.:  2:20-cv-00222-KJM-DMC