JAMES T. CONLEY, CA Bar No. 224174
james.conley@ogletree.com
ROBERT C. RODRIGUEZ, CA Bar No. 305101
Robert.rodriguez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     (916) 840-3150
Facsimile:      (916) 840-3159

Attorneys for Defendant
WALMART INC.

Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Daniel T. Newman (SBN: 314937)
dnewman@bohmlaw.com
Scott C. Zienty (SBN: 324661)
szienty@bohmlaw.com
BOHM LAW GROUP, INC.
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile: 916.927.2046

Attorneys for Plaintiff
YIMI VALDOVINOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIMI VALDOVINOS,<br><br>         Plaintiff,<br><br>     vs.<br><br>WALMART, INC., and DOES 1-50, inclusive,<br><br>         Defendants. | Case No. 2:20-cv-0222-KJM-DMC<br><br>**STIPULATION AND ORDER TO CLARIFY OPERATIVE PRETRIAL DEADLINES**<br><br>Removal Date:    January 29, 2020<br>Trial Date:           TBD |

1                          Case No. 2:20-cv-0222-KJM-DMC
STIPULATION AND [PROPOSED] ORDER TO CLARIFY OPERATIVE PRETRIAL DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their counsel of record, as to the following:

1.   On January 29, 2020, Defendant Walmart Inc. ("Defendant") removed the above captioned matter to United States District Court for the Eastern District of California.

2.   The Court issued its Initial Pretrial Scheduling Order on April 2, 2020, with the following relevant deadlines [DKT 9]:

| Event | Date |
| --- | --- |
| Designation of Expert Witnesses | June 15, 2021 |
| Designation of Rebuttal Expert Witnesses | July 6, 2021 |
| Fact Discovery Cut-Off | July 13, 2021 |
| Expert Discovery Cut-Off | August 6, 2021 |
| Last Day for Dispositive Motions to be Heard | September 13, 2021 |

3.   On December 29, 20202, the Plaintiff Yimi Valdovinos and Defendant (collectively, "the parties") submitted a stipulated request to continue the mediation deadline and to continue pre-trial dates according to the new mediation deadline [DKT 17]. On January 4, 2020, the Court granted the parties' request with the following continued relevant deadlines [DKT 18]:

| Event | Date |
| --- | --- |
| Designation of Expert Witnesses | October 7, 2021 |
| Designation of Rebuttal Expert Witnesses | October 28, 2021 |
| Fact Discovery Cut-Off | November 4, 2021 |
| Expert Discovery Cut-Off | November 24, 2021 |
| Last Day for Dispositive Motions to be Heard | January 5, 2022 |

4.   On September 2, 2021, the parties submitted a stipulated request for a 120-day continuance of all pretrial deadlines [DKT 20]. On September 8, 2021, the Court granted the parties'

request and continued the mediation deadline by 120 days, which also continued all pre-trial deadlines by 120 days, with the following continued relevant deadlines [DKT 21]:

| Event | Date |
|---|---|
| Designation of Expert Witnesses | February 4, 2022 |
| Designation of Rebuttal Expert Witnesses | February 25, 2022 |
| Fact Discovery Cut-Off | March 4, 2022 |
| Expert Discovery Cut-Off | March 24, 2022 |
| Last Day for Dispositive Motions to be Heard | May 5, 2022 |

5. On March 22, 2022, the parties submitted a stipulated request for a 120-day continuance of all pretrial deadlines [DKT 24]. On March 25, 2022, the Court granted the parties' request, with the following continued relevant deadlines [DKT 25]:

| Event | Date |
|---|---|
| Designation of Expert Witnesses | June 3, 2022 |
| Designation of Rebuttal Expert Witnesses | June 24, 2022 |
| Fact Discovery Cut-Off | July 1, 2022 |
| Expert Discovery Cut-Off | July 22, 2022 |
| Last Day for Dispositive Motions to be Heard | September 2, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. The Court's March 25, 2022 Order, which was the proposed order submitted by the parties, did not contain any specific reference to the operative continued pre-trial deadlines. The parties stipulate that pursuant to the Court's March 25, 2022 Order [DKT 25], the above referenced deadlines are the current operative pre-trial deadlines in this matter.

DATED: April 14, 2022             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _____
       James T. Conley
       Robert C. Rodriguez

Attorneys for Defendant
WALMART, INC.

DATED: April 15, 2022             BOHM LAW GROUP, INC.


By:   __/s/ Daniel T. Newman_____
           Daniel T. Newman

Attorney for Plaintiff
YIMI VALDOVINOS

# **ORDER**

Pursuant to the Court's March 25, 2022 Order [DKT 25], and the parties' current stipulation, the current operative pre-trial deadlines are as follows:

| Event | Date |
| --- | --- |
| Designation of Expert Witnesses | June 3, 2022 |
| Designation of Rebuttal Expert Witnesses | June 24, 2022 |
| Fact Discovery Cut-Off | July 1, 2022 |
| Expert Discovery Cut-Off | July 22, 2022 |
| Last Day for Dispositive Motions to be Heard | September 2, 2022 |

Dated:  April 20, 2022



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE